**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01848-RBJ-MEH

DEBRA S. BERRY,
    Plaintiff,
v.

FORD MOTOR CREDIT COMPANY LLC,
    Defendant.

---

**PROPOSED ORDER**

---

This matter is before the Court on the Plaintiff's Motion for Discovery and for an Evidentiary Hearing on the Defendant's Motion to Compel Arbitration.  The Court having reviewed the Motion, and all responses and replies, hereby GRANTS the motion.

It is hereby ORDERED that:

Each party shall have 15 interrogatories, 15 Requests for Admission, and 15 Requests for Production, and 2 depositons.  The scope of discovery will be inquiries relating to the unconscionability of the arbitration clause, and to the costs associated with arbitration.

An evidentiary hearing on the Defendant's Motion to Compel Arbitration shall be held on _____, 2012.


Dated: _____           _____
                                           R. Brooke Jackson
                                           United States District Court Judge